UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELANIE M. TANDIAMA and ANGELITO G. TANDIAMA, et al.,

Plaintiffs,

v.

NOVASTAR MORTGAGE, INC., et al.,

Defendants.

NO. C03-909JLR

ORDER OF DISMISSAL

The court having been notified of the settlement of this matter (Dkt. # 186) and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to all parties except with respect to third party Defendant Marjorie Gabriel. This action is STAYED with respect to Ms. Gabriel as a result of her bankruptcy filing. The court directs the clerk to remove this case from its active caseload.

Any trial date and pretrial dates previously set are hereby VACATED.

DATED this 8th day of November, 2005.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL